Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

FILED
UNITED STATES
BANKRUPTCY COURT

2010 NOV 10 PM 1:58

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re:<br><br>BRIAN S MECHAM<br><br>Debtor(s). | Case No. 07-25708    GG  OK<br>Chapter 7<br><br>Judge: WILLIAM T. THURMAN |
|---|---|

### DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

__x__ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_____ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 7 | Sallie Mae, Inc<br>United Student Aid Funds, Inc.<br>Att: Bankruptcy Litgation Unit E3149<br>PO Box 6180<br>Indianapolis IN 46206-6180 | 1,354.96 |



A check in the amount of $1,354.96 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 30th day of October, 2010.

_____
PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 30th day of October, 2010:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

JOHN T EVANS
333 E 400 S, #106
Salt Lake City, UT 84111

_____